UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOWNEY,<br><br>                               Plaintiff,<br><br>v.<br><br>I Q DATA INTERNATIONAL, INC.,<br>a/k/a/ RENT COLLECT GLOBAL,<br><br>                              Defendant. | Case No.: 17cv687-JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 8) |

      Presently before the Court is the Parties' Joint Motion to Dismiss ("Joint Mot."). (ECF No. 8.) The Parties move, pursuant to Federal Rule of Civil Procedure 41(a)(1), "to dismiss, with prejudice, the above-captioned action . . . ." (Joint Mot. 1.) The Joint Motion is signed by all Parties who have appeared; therefore, the Parties' Joint Motion is granted and the case is **DISMISSED WITH PREJUDICE**. Fed. R. Civ. P. 41(a)(1)(A)(ii). As agreed by the parties, each party shall bear its own attorney fees and costs.

      **IT IS SO ORDERED.**

Dated: May 19, 2017

                                                                  *Janis L. Sammartino*<br>
                                                                  Hon. Janis L. Sammartino<br>
                                                                  United States District Judge